## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

VENADIUM LLC,

                Plaintiff,

v.

NOVARTIS CAPITAL CORPORATION,

                Defendant.

Civil Action No. 5:17-cv-00056-RWS

**JURY TRIAL DEMANDED**

### ORDER GRANTING JOINT MOTION TO TRANSFER CASE TO THE DISTRICT OF DELAWARE

Before the Court is Plaintiff Venadium LLC and Defendant Novartis Capital Corporation's Joint Motion To Transfer Case To The District Of Delaware (Docket No. 10). The Court, having considered same, is of the opinion the motion should be **GRANTED**.

IT IS THEREFORE **ORDERED** that this cause of action is **TRANSFERRED** to the District of Delaware and that the parties' Joint Motion to Stay (Docket No. 11) is **DENIED AS MOOT**.

The Clerk of the Court is directed to transfer the case to the District of Delaware.

**SIGNED this 5th day of July, 2017.**

*Robert W Schroeder III*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE